COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:      Ex parte Javier Castro

Appellate case number:    01-15-00723-CR

Trial court case number:  1966885

Trial court:              County Criminal Court at Law No. 6 of Harris County

Date motion filed:        12/4/2015

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: April 21, 2016